■ In the Matter of FREIDRICH ROLAND. NICHOLAS L. DEAK et al.— Motion for stay granted on condition that the appellants procure the appellants' points to be served and filed on or before February 18, 1960, with notice of

argument for March 1, 1960. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.